IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EARL WESLEY BERRY					PETITIONER

v.								NO.: 1:04CV328-D-D

CHRISTOPHER EPPS, ET AL.				RESPONDENTS

### ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that all relief requested in the Amended Petition for Writ of Habeas Corpus filed in the above-referenced cause is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 4th day of October, 2006.

/s/ Glen H. Davidson
**CHIEF JUDGE**