**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**


**EARL WESLEY BERRY**                                                                          **PETITIONER**

**v.**                                                                                            **NO.: 1:04CV328-D-D**

**CHRISTOPHER EPPS, ET AL.**                                                          **RESPONDENTS**


<u>**FINAL JUDGMENT**</u>

In accordance with the Memorandum Opinion and separate Order issued today in the above-

referenced cause, all relief requested in Petitioner's Amended Petition for Writ of Habeas Corpus is

hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.


**SO ORDERED** this the 4th day of October, 2006.


<u>**/s/ Glen H. Davidson**</u>
**CHIEF JUDGE**